AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thacker, Stephanie D. | U.S. Court of Appeals for the Fourth Circuit | 01/05/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Circuit Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Robert C. Byrd United States Courthouse
300 Virginia Street, East
Room 7404
Charleston, West Virginia 25301

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct, Trial Advocacy | West Virginia University College of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | West Virginia University College of Law - Adjunct | $4,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | West Virginia University College of Law | January 14, 2019 - April 12, 2019 | Morgantown, West Virginia | Adjunct - Teaching Trial Advocacy | Compensation |
| 2. | West Virginia University College of Law | March 28, 2019 | Morgantown, West Virginia | Speaker at a Women's Judicial Panel | Lodging |
| 3. | Washington University School of Law | August 19, 2019 | St. Louis, MO | Convocation | Lodging, , air fare, some meals |
| 4. | Federal Bar Association | September 26, 2019 | Baltimore, MD | Panel Speaker | Lodging; mileage and some meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thacker, Stephanie D.** | 01/05/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thacker, Stephanie D. | 01/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Blackrock HighYield Bond Fund BHYIX | A | Dividend | J | T | Sold<br>(part) | 01/23/19 | J | A | |
| 2.  Combiar International Fund CAMIX | A | Dividend | K | T | Sold<br>(part) | 01/23/19 | J | A | |
| 3. | | | | | Sold<br>(part) | 06/21/19 | J | A | |
| 4.  Clearbridge LargeCap Equity Fund SBIYX | A | Dividend | K | T | Buy | 01/23/19 | J | | |
| 5. | | | | | Buy | 06/21/19 | J | | |
| 6.  Delaware Corporate Bond Fund DGCIX | A | Dividend | K | T | Buy | 01/23/19 | J | | |
| 7.  Edgewood Growth Fund EGFIX | A | Dividend | K | T | Buy | 01/23/19 | J | | |
| 8. | | | | | Buy | 06/21/19 | J | | |
| 9.  Harding Loevner International Equity Fund HLMIX | A | Dividend | J | T | Sold<br>(part) | 01/23/19 | J | A | |
| 10. | | | | | Sold<br>(part) | 06/21/19 | J | A | |
| 11.  Hartford Schroders Emerging Market Equity Fund - SEMNX | A | Dividend | K | T | Buy | 01/23/19 | J | | |
| 12. | | | | | Sold<br>(part) | 06/21/19 | J | B | |
| 13.  JP Morgan Equity Income Fund HLIEX | B | Dividend | L | T | Buy | 01/23/19 | J | | |
| 14. | | | | | Sold<br>(part) | 06/21/19 | J | A | |
| 15.  Nuveen Small Cap Value Equity Fund FSCCX | A | Dividend | J | T | Buy | 01/23/19 | J | | |
| 16. | | | | | Sold | 06/21/19 | J | A | |
| 17.  PGIM Short Term Corporate Bond PIFZX | A | Dividend | K | T | Buy | 01/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thacker, Stephanie D. | 01/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 06/21/19 | J | | |
| 19. Pimco International Bond Fund PFBPX | A | Dividend | J | T | Buy | 06/21/19 | J | | |
| 20. Sound Shore Equity Fund SSHVX | A | Dividend | K | T | Buy | 01/23/19 | | | |
| 21. | | | | | Sold | 06/21/19 | K | A | |
| 22. T Rowe Price US Treasury Fund PRTIX | A | Dividend | K | T | Sold (part) | 01/23/19 | J | A | |
| 23. | | | | | Buy | 06/21/19 | J | | |
| 24. TCW Total Return Bond Fund PRTIX | B | Dividend | K | T | Sold (part) | 01/23/19 | J | A | |
| 25. | | | | | Buy | 06/21/19 | J | | |
| 26. Wells Fargo Small Cap Growth Equity Fund WSCGX | A | Dividend | J | T | Buy | 01/23/19 | J | | |
| 27. Wells Fargo Special Small Cap Value Equity Fund - ESPNX | A | Dividend | J | T | Buy | 06/21/19 | J | | |
| 28. Diamond Hill Large Cap GrowthEquity Fund DHLRX | A | Dividend | K | T | Buy | 06/21/19 | K | | |
| 29. Bank of America Money Market Account | A | Dividend | J | T | | | | | |
| 30. Blackrock Liquidity Fund TSTXX | A | Dividend | J | T | Buy | 08/16/19 | J | | |
| 31. | | | | | | | | | |
| 32. American Tax-Exempt Bond Fund of America CI F3 | A | Dividend | J | T | | | | | |
| 33. Hartford International Opportunities CI F | A | Dividend | J | T | | | | | |
| 34. Hartford Dividend and Growth CI F | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thacker, Stephanie D. | 01/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Hartford Midcap CI F | A | Dividend | J | T | | | | | |
| 36. JP Morgan Emerging Markets Equity CI R6 | A | Dividend | J | T | | | | | |
| 37. JP Morgan Equity Income CI R6 | A | Dividend | J | T | | | | | |
| 38. MFS Municipal Income CI R6 | A | Dividend | J | T | | | | | |
| 39. Edward Jones Money Market account | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thacker, Stephanie D. | 01/05/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Stephanie D. Thacker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544